UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RANDALL B. HOFLAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH PONTE, )<br>)<br>Defendant. ) | 1:12-mc-00092-JAW |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 8, 2012 her Recommended Decision (ECF No. 15). Plaintiff Randall Hofland filed his objections to the Recommended Decision on July 19, 2012 (ECF No. 19) and July 25, 2012 (ECF No. 21). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that Plaintiff's Motion for Leave to Proceed in forma pauperis (ECF No. 11) be and hereby is DENIED.

SO ORDERED.

      /s/ John A. Woodcock, Jr.
      JOHN A. WOODCOCK, JR.
      CHIEF UNITED STATES DISTRICT JUDGE

Dated this 27th day of August, 2012